UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO 6:24-CR-77-REW

UNITED STATES OF AMERICA             PLAINTIFF

V.

JERRY DUNN             DEFENDANT

REQUEST FOR *BRADY* EVIDENCE AND
OTHER EXCULPAROTY EVIDENCE AND INFORMATION

Comes the Defendant, Jerry Dunn, by counsel, and requests the production of evidence pursuant to the decision in *Brady v. Maryland,* 373 U.S. 83 (1963), as well as evidence and information pursuant to Kentucky Supreme Court Rule 3.130(3.8), and 28 U.S.C. § 530B[1]. Under *Brady*, the Government should disclose any evidence in its possession that is both favorable to the Defendant and material to the issues of guilt or punishment, and which is not otherwise covered by Defendant's request under Rule 16(a) and motion pursuant to the Jencks Act. Under SCR 3.130(3.8) and 28 U.S.C. § 530B, prosecutors should disclose all evidence or information known to them that tends to negate guilt of Defendant or mitigates the offense, or in connection with sentencing disclose all known unprivileged mitigating information to the Court

---

[1] Disclosure of such evidence and information is further supported by the United States Attorneys' Manual 9-5.001 and LCrR 57.3 (imposing the duty to adhere to Kentucky Supreme Court rules governing professional conduct). See also Cone v. Bell, 556 U.S. 449, 470 (2009) (noting that the "obligation to disclose evidence favorable to the defense may arise more broadly under a prosecutor's ethical or statutory obligations").

and Defendant. Specifically, this request includes, but is not limited to disclosure of the existence of witnesses favorable to Defendant, witness statements favorable to Defendant, evidence tending to affect the credibility of evidence to be used by the Government, promises of non-prosecution made to a Government witness, any other arrangement between the Government and a witness that is beneficial in any way to the witness, and any other evidence exculpatory of Defendant. This evidence should be disclosed to Defendant in time for effective use of such evidence at trial.

Respectfully submitted,

MASHNI LAW, PLLC

BY:  /s/ Abraham Mashni
ABRAHAM MASHNI
271 W. Short St., Suite 506
Lexington, KY 40507
(859) 201-3550
Abe@KYCriminalDefense.com
*Counsel for Mr. Dunn*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic submission upon all parties, on this the 10th day of January, 2025.

/s/ Abraham Mashni
ABRAHAM MASHNI
*Counsel for Mr. Dunn*