UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO 6:24-CR-77-REW

UNITED STATES OF AMERICA                                     PLAINTIFF

V.

JERRY DUNN                                                       DEFENDANT

### REQUEST FOR DISCOVERY UNDER RULE 16(a)

Comes the Defendant, Jerry Dunn, by counsel, and makes the following discovery request pursuant to Rule 16 (a) of the Federal Rules of Criminal Procedure and any other applicable law. Specifically, Defendant requests that the Government disclose to counsel for Defendant each of the following items for the purposes of inspection, copying, and/or photographing:

A. Any relevant written or recorded statements made by Defendant within the possession or constructive possession of the Government, the existence of which is known, or by the exercise of due diligence may become known to the Government;

B. The portion of any written record containing the substance of any relevant oral statement made by the Defendant, whether before or after arrest, in response to interrogation by any person then known to Defendant to be a Government agent;

C. Recorded testimony of Defendant before a grand jury which relates to the

offense charged;

D. The substance of any other relevant oral statement made by Defendant, either before or after arrest (regardless of whether that statement was recorded in a written record) if such statement was made in response to interrogation by any person then known by Defendant to be a Government agent, and if the Government intends to use that statement at trial;

E. A copy of Defendant's prior criminal record that is within the possession or constructive possession of the Government, the existence of which is known, or by the exercise of due diligence may become known to the Government;

F. Books, papers, documents, data, photographs, tangible objects, buildings, places, or copies or portions thereof, which are within the possession, or constructive possession of the Government, and which are material to the preparation of Defendant's defense, or are intended for use by the Government as evidence in chief at the trial, or were obtained from or belong to Defendant;

G. Any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession or constructive possession of the Government, the existence of which is known, or by the exercise of due diligence may become known to the Government, and which are material to the preparation of the defense or are intended for use by the Government as evidence in chief at the trial;

H. A written summary of any testimony the Government intends to use under

Rules 702, 703, and 705 of the Federal Rules of Evidence. Such summary should describe the witnesses' opinions, the bases and reasons therefore, and the witnesses' qualifications.

If, prior to or during the trial of this matter, the Government discovers additional evidence or material that is requested in this pleading or has been ordered disclosed by the Court, counsel for Defendant should be promptly notified of the existence of such additional evidence or material. Fed. R. Crim. P.16 (c).

                          Respectfully submitted,

                          MASHNI LAW, PLLC

BY:   /s/ Abraham Mashni
        ABRAHAM MASHNI
        271 W. Short St., Suite 506
        Lexington, KY 40507
        (859) 201-3550
        Abe@KYCriminalDefense.com
        *Counsel for Mr. Dunn*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic submission upon all parties, on this the 10th day of January, 2025.

                          /s/ Abraham Mashni
                          ABRAHAM MASHNI
                          *Counsel for Mr. Dunn*