UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO 6:24-CR-77-REW

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.

JERRY DUNN                                                                          DEFENDANT

---

### REQUEST FOR NOTICE OF INTENT TO USE RULE 404(b) EVIDENCE

---

Comes the Defendant, Jerry Dunn, by counsel, and makes the following discovery request pursuant to Rule 404(b).

Defendant requests that the Government provide reasonable notice in advance of trial to counsel for Defendant of the general nature of any evidence the Government intends to introduce at trial pursuant to Rule 404(b) of the Federal Rules of Evidence.

 

        Respectfully submitted,
        MASHNI LAW, PLLC

BY:   /s/ Abraham Mashni
       ABRAHAM MASHNI
       271 W. Short St., Suite 506
       Lexington, KY 40507
       (859) 201-3550
       Abe@KYCriminalDefense.com
       *Counsel for Mr. Dunn*

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the foregoing has been served by electronic submission upon all parties, on this the 10th day of January, 2025.

<u>/s/ Abraham Mashni</u>
ABRAHAM MASHNI
*Counsel for Mr. Dunn*
